**Order entered January 27, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00479-CR

**GREGORY BERNARD WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F18-75904-H**

### ORDER

Appellant's fourth motion for extension of time to file appellant's brief is **GRANTED**, and we **ORDER** the brief filed on or before **JANUARY 30, 2023**. If appellant fails to file his brief by January 30, 2023, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE